**LAW OFFICES
JOHN S. WALLENSTEIN**
**1100 Franklin Avenue, Suite 305
Garden City, New York 11530
(516) 742-5600 Fax (516) 742-5040
Email: JSWallensteinEsq@outlook.com**

**MEMO ENDORSED**

February 24, 2020

**BY ECF**
Hon. Kenneth M. Karas
United States District Court, SDNY
300 Quarropas Street
White Plains, New York 10601

    Re:   United States v. Kedema Nelson
            Docket # 09 CR 1022 (KMK)

Dear Judge Karas,

    This matter is currently scheduled for sentencing on the Violation of Supervised Release on February 25, 2020. Because I am engaged in a Fatico hearing in EDNY all day, I respectfully request that the sentencing be adjourned until March 3, 2020 at 11:00 A.M.

    I have discussed this request with AUSA James McMahon and with USPO Veronica Dignam. The Government has no objection. Your chambers confirms the Court's availability.

    Thank you for your courtesy and consideration.

                            Respectfully yours,

                            /s/ *John S. Wallenstein*

                            JOHN S. WALLENSTEIN

JSW/hs

Granted-
So Ordered
KMK
2/25/20