**LAW OFFICES**
**JOHN S. WALLENSTEIN**
**1100 Franklin Avenue, Suite 305**
**Garden City, New York 11530**
**(516) 742-5600 Fax (516) 742-5040**
**Email: JSWallensteinEsq@outlook.com**

June 2, 2020          MEMO ENDORSED

**BY ECF**
Hon. Kenneth M. Karas
United States District Court, SDNY
300 Quarropas Street
White Plains, New York 10601

> Re:   United States v. Kedema Nelson
> Docket # 09 CR 1022 (KMK)

Dear Judge Karas,

This matter is currently scheduled for sentencing on the Violation of Supervised Release on June 4, 2020. Mr. Nelson is presently engaged in outpatient treatment, and the parties are in agreement that a further status report will be necessary before sentencing. Therefore, I respectfully request that the sentencing be adjourned until August 2, 2020 at 12:00 P.M.

I have discussed this request with AUSA James McMahon and with USPO Veronica Dignam. All are available at the requested time and date. Your chambers confirms the Court's availability.

Thank you for your courtesy and consideration.

Respectfully yours,

*John S. Wallenstein*
JOHN S. WALLENSTEIN

JSW/hs

*Granted. The conference will go forward on August 19, 2020 at 11:00 AM*

SO ORDERED

KENNETH M. KARAS U.S.D.J.
6/3/2020