Case 7:09-cr-01022-KMK   Document 1088   Filed 09/15/20   Page 1 of 1

**LAW OFFICES**
**JOHN S. WALLENSTEIN**
1100 Franklin Avenue, Suite 305
Garden City, New York 11530
(516) 742-5600 Fax (516) 742-5040
Email: JSWallensteinEsq@outlook.com

**MEMO ENDORSED**

September 15, 2020

**BY ECF**
Hon. Kenneth M. Karas
United States District Court, SDNY
300 Quarropas Street
White Plains, New York 10601

    Re:    United States v. Kedema Nelson
           Docket # 09 CR 1022 (KMK)

Dear Judge Karas,

    This matter is currently scheduled for sentencing on the Violation of Supervised Release on September 18, 2020. Mr. Nelson is presently engaged in outpatient treatment, and the parties are in agreement that an adjournment to appraise his continuing progress is appropriate, before sentencing. Therefore, I respectfully request that the sentencing be adjourned until November 18, 2020 at 12:00 P.M.

    I have discussed this request with AUSA James McMahon, and the Government joins the application. Ms. Bordes confirms Court's availability.

    Thank you for your courtesy and consideration.

                                      Respectfully yours,

                                      *John S. Wallenstein*
                                      JOHN S. WALLENSTEIN

JSW/hs

Granted—
So ordered
/s/ KMK
9/15/20